THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

HENRY CALHOUN, and
TANYA CALHOUN
   **Plaintiffs**

v.          3:12-CV-458
           (JUDGE MARIANI)

STEPHEN VAN LOON, and
NEW PRIME, INC.

   **Defendants**

## ORDER

AND NOW, THIS 11th DAY OF JULY 2014, upon consideration of Defendants Stephen Van Loon and New Prime, Inc. d/b/a Prime, Inc.'s Motion for Partial Summary Judgment (Doc. 35), and all accompanying briefs, **IT IS HEREBY ORDERED THAT** Defendants' motion is **GRANTED**; to wit:

1. Summary judgment is entered in favor of Defendants with respect to Count II (Negligence by New Prime, Inc), Count III (Punitive Damages against Van Loon), and Count III (Punitive Damages against New Prime, Inc.).

2. The case will be scheduled for trial on Counts I, V, and VI.

Robert D. Mariani
United States District Court Judge